No. 156. Cividanes, Peticionario, v. López Acosta, Juez de Distrito, Demandado. *Certiorari.* Enero 13, 1916. *Denegada la solicitud.*

No. 151. Rivera et al., Peticionario, v. Marrero, Secretario Corte Distrito, Demandado.—*Mandamus.* Enero 17, 1916. *Denegada la solicitud.*

No. 918. El Pueblo, Apelado, v. Canales, Apelante.— Acometimiento y agresión. Humacao.

No. 935. El Pueblo, Apelado, v. Padilla, Apelante.—Infracción a la Ley de Pesas y Medidas. Mayagüez. Enero 17, 1916. *Confirmadas las sentencias.*

No. 1445. Nadal, Apelante, In re, Cabassa, Demandante, v. Cabassa et al., Demandados. Nulidad. Mayagüez. Enero 19, 1916. *Desistida la apelación.*

No. 989. El Pueblo, Apelado, v. Fuentes, Apelante, Infracción artículo 370 Código Penal. Humacao. Enero 20, 1916. *Desestimada la apelación.*

No. 1448. De la Haba, Apelado, v. Pérez, Apelante.—Indemnización de daños y perjuicios. San Juan, Sección 1ª. Enero 21, 1916. *Desestimada la apelación.*

No. 869. El Pueblo, Apelado, v. Rivera, Apelante.—Alteración de la paz. Arecibo.

No. 899. El Pueblo, Apelado, v. Aybar, Apelante.—Acometimiento y agresión simple. San Juan, Sección 2ª.

No. 943. El Pueblo, Apelado, v. Del Moral, Apelante.— Infracción ordenanzas municipales. Mayagüez.

No. 947. EL PUEBLO, APELADO, *v.* VÉLEZ, APELANTE.—Adulteración de leche. San Juan, Sección 2ª. Enero 25, 1916. *Confirmadas las sentencias.*

———

No. 913. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—Portar armas. Humacao. Enero 25, 1916. *Modificada la sentencia.*

———

No. 157. CARLOS CID & Co., PETICIONARIA, *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Enero 25, 1916. *Denegada la solicitud.*

———

No. 936. EL PUEBLO, APELADO, *v.* SEGURA, APELANTE.—Perjurio. San Juan, Sección 2.ª

No. 944. EL PUEBLO, APELADO, *v.* ALVAREZ, APELANTE.—Perjurio. San Juan, Sección 2.ª

No. 952. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2.ª

No. 853. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2ª.

No. 959. EL PUEBLO APELADO, *v.* RIVERA, APELANTE.—Alteración de la paz. San Juan, Sección 2.ª

No. 962. EL PUEBLO, APELADO, *v.* PIZARRO, APELANTE.—Acometimiento y agresión simple. San Juan, Sección 2ª.

No 964. EL PUEBLO, APELADO, *v.* CABRERA ET AL., APELANTES.—Acometimiento y agresión con agravantes. Humacao.

No. 966. EL PUEBLO, APELADO, *v.* MELÉNDEZ ET AL., APELANTES.—Acometimiento y agresión con agravantes. Humacao. Enero 26, 1916. *Confirmadas las sentencias.*

———

No. 968. EL PUEBLO, APELADO, *v.* AGOSTO, APELANTE.—Acometimiento y agresión grave. Guayama. Enero 28, 1916. *Confirmada la sentencia.*